Opinion filed December 21, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed December 21, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                  ___________

 

                                                          No. 11-06-00346-CR 

                                                    __________

 

                                   FARRAH
DEAN SMITH, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS,
Appellee

 



 

                                          On
Appeal from the 35th District Court

 

                                                          Brown
 County, Texas

 

                                                Trial
Court Cause No. CR-17,120

 



 

                                                                   O
P I N I O N

On
October 26, 2006, the trial court in open court revoked Farrah Dean Smith=s community supervision, adjudicated her
guilt, and imposed a sentence of confinement for one year.  We dismiss the appeal.








Appellant filed her notice of appeal with the
clerk of the trial court on December 7, 2006, forty-two days after the date the
trial court imposed the sentence in open court. 
This notice of appeal was not timely filed pursuant to Tex.
R. App. P. 26.2.  However,
the notice was filed within the fifteen-day window required by Tex. R. App. P. 26.3 to secure an
extension.  Rule 26.3 also requires that,
within that fifteen-day window, an appellant must also file with the court of
appeals a motion for extension of time. 
Under Rule 26.3, both the late notice of appeal and the motion were due
to  be filed on or before December 12,
2006.  Appellant=s
motion was not filed in this court until December 15, 2006, and is not
timely.  The motion was forwarded to this
court by the clerk of the trial court; therefore, Tex. R. App. P. 9.2(b) (the mailbox rule) does not apply.

Absent
a timely notice of appeal or compliance with Rule 26.3, this court lacks
jurisdiction to entertain an appeal.  Slaton
v. State, 981 S.W.2d 208 (Tex. Crim. App. 1998); Olivo v. State, 918
S.W.2d 519 (Tex. Crim. App. 1996); Rodarte v. State, 860 S.W.2d 108 (Tex. Crim. App. 1993); Shute
v. State, 744 S.W.2d 96 (Tex. Crim. App. 1988).  Appellant may be able to secure an
out-of-time appeal by filing a postconviction writ pursuant to Tex. Code Crim. Proc. Ann. art. 11.07
(Vernon 2005).

The motion for extension of time is overruled, and
the appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

December 21, 2006

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.